AO 442 (Rev.02/2005-EDVA) Warrant for Arrest                    *1337673*

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

# WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

**07-506-M-01**

Jermaine Renard Thorpe

CASE NUMBER : 1:04CR371

**FILED**

**OCT 10 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:  The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Jermaine Renard Thorpe** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court__Violation Notice__Probation Violation Petition
X Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

| | |
|---|---|
| **Judith Lanham** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| | |
| *[signature]* | **7/25/07** |
| Signature of Issuing Officer | **401 Courthouse Square Alexandria, VA 22314** |
| | Date and Location |

Bail fixed at $_____          by_____

| Date Received<br>10/10/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>10/10/07 | DUSM MICHAEL FREY | *[signature]* |



## UNITED STATES DISTRICT COURT
### for
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Jermaine Renard Thorpe</u>        Docket No. <u>1:04CR00371-006</u>

**07-506-M-01**

### Petition on Supervised Release

**FILED**

**OCT 10 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

        COMES NOW <u>Randall E. Hyler</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jermaine Renard Thorpe, who was placed on supervision by the Honorable <u>Leonie M. Brinkema</u> sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>28th</u> day of <u>January</u>, <u>2005</u>, who fixed the period of supervision at <u>3 years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
#### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

---

**ORDER OF COURT**

Considered and ordered this _25st_ day of ___July___, _2007_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/23/07_

_Randall E. Hyl_
Randall E. Hyler
U.S. Probation Officer

Place <u>Alexandria, Virginia</u>

---

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: THORPE, Jermaine Renard


<u>Special Conditions</u>:

1.   The defendant shall remain drug free and submit to mandatory drug
     testing for which the defendant must pay.

2.   The defendant must satisfactorily participate in, and complete any
     inpatient or outpatient drug treatment to which the defendant is
     directed by the probation officer.

3.   Immediately upon release from custody, the defendant must satisfactorily
     participate in, and complete any inpatient or outpatient mental health
     counseling to which the defendant is directed by the probation officer.

4.   The defendant shall provide the probation officer with access to all
     medical records regarding counseling as directed.

5.   The defendant shall pay a $200 special assessment fee.


TO CLERK'S OFFICE

Petition on Supervised Release
Page 3
RE: THORPE, Jermaine Renard


OFFENSE:   1) Possession of 15 or More Devices which are Counterfeit or Unauthorized Access Devices; 2) Possession with Intent to Distribute Approximately 10,659 Grams of Marijuana.

SENTENCE:  Eighteen months incarceration as to each count to run concurrently followed by 3 years supervised release.

ADJUSTMENT TO SUPERVISION: Upon the defendant's release from incarceration, his supervision was transferred to the U.S. Probation Office, District of Columbia, as the defendant is a resident of that district. Information was received on July 20, 2007, indicating the defendant was arrested on new criminal charges in the District of Columbia.

VIOLATION: The following violation is submitted for the Court's consideration.

**MANDATORY CONDITION:        COMMISSION OF A CRIME - UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE (3 COUNTS).**

On June 12, 2007, the defendant was indicted in the U.S. District Court for the District of Columbia on charges of Unlawful Distribution of 50 Grams or More of Cocaine Base (3 counts). A warrant was issued on July 13, 2007, and the defendant was arrested on that date. The defendant is currently being held without bond pending his appearance before the U.S. District Court in the District of Columbia.


REH bjs