*Return Copy*

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Rev 1/07

RECEIVED MAILROOM
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date:  11/13/07

Address of Other Court:  USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314-5798

**FILED**
NOV 2 0 2007
Clerk, U.S. District and
Bankruptcy Courts

RE: CR 07-mj-506, *USA v. Jermaine R. Thorpe*

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 10/10/07 | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
          Deputy Clerk